**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| GUADALUPE FRIAS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:15-CV-00167-J |
| | § | |
| STATE FARM LLOYDS AND | § | JURY DEMAND |
| DEREK R. HOUSTON, | § | |
|     Defendants. | § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this Notice of Settlement, and respectfully notifies the Court as follows:

1) On July 24, 2015, Plaintiff and Defendants entered into an agreement to settle this case.

2) The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

3) The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days.

                                                Respectfully submitted,

                                                **MOSTYN LAW**

                                                */s/ René M. Sigman*
                                                René M. Sigman
                                                State Bar No. 24037492
                                                3810 W. Alabama Street
                                                Houston, Texas  77027
                                                (713) 714-000 (Office)
                                                (713) 714-1111 (Facsimile)

                                                **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 24th day of July, 2015, as follows:

                          */s/ René M. Sigman*
                          René M. Sigman